UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN FLOYD VOSS, ) | |
| Petitioner, ) | 3:11-cv-00160-ECR-RAM |
| vs. ) | **ORDER** |
| GREG COX, *et al.*, ) | |
| Respondents. ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action. The Clerk of the Court shall enter judgment accordingly.

1   **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of
2   an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two
3   copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

Dated this 7th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE