AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

STEVEN FLOYD VOSS,

      Petitioner,               JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:11-CV-000160-ECR-RAM**

GREG COX, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new petition in a new action.


   March 8, 2011                                      **LANCE S. WILSON**
                                                               Clerk


                                                           /s/ Katie Lynn Ogden
                                                           Deputy Clerk